FILED
IN COURT
CHARLOTTE, N. C.

MAY 11 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 3:05mj43 |
| ) | |
| ERNEST KIWANIA MOORE ) | |

## ORDER

The Motion of Abda Lee Quillian for admission before this Court pro hac vice having been read and considered and she having shown she is a member in good standing of the Southern District of Georgia;

IT IS HEREBY ORDERED that she be admitted in this matter pro hac vice.

This 11th day of May 2005.

_____
Judge, Western District